No. **CR 07 00596 JF**

FILED
2007 SEP 19 P 3: 37

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION



### THE UNITED STATES OF AMERICA
### vs.
### BENJAMIN ROBINSON

## INDICTMENT

**COUNT ONE**: Title 18, U.S.C. § 1001- False Statement to Government Agency;

**COUNT TWO**: Title 18, U.S.C. § 1030(a)(2)(B) and (c)(2)(B)(ii) - Unlawfully Obtaining Information from a Protected Computer

*A true bill.*

_____
Foreperson

Filed in open court this __19__ day of __September__

A.D. 200**7**

_____
United States Magistrate Judge

**Bail.** $ _Summons_

10/11/07 RS

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 SEP 19 P 3:37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ROBINSON,<br><br>Defendant. | CR No. 07 00596<br><br>VIOLATIONS: 18 U.S.C. § 1001 - False Statement to Government Agency; 18 U.S.C. §§ 1030(a)(2)(B) and (c)(2)(B)(ii) - Unlawfully Obtaining Information from a Protected Computer<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

Introduction

1.  Now, and at all times relevant to this Indictment:

    a.  The United States Department of Commerce is an agency within the Executive Branch of the United States government.

    b.  The Treasury Enforcement Communications Systems (TECS) is a computer system managed by the United States Department of Homeland Security. TECS is a repository for data from many separate agency sources.

//

**INDICTMENT**

c.  Special Agents of the Department of Commerce, Bureau of Industry and Security, are law enforcement officers and, as such, are authorized to access the TECS database as necessary to perform their official duties. Law enforcement agents are not authorized to access the TECS database for personal reasons or for any reason other than in the performance of their official duties. Before an agent is allowed to access the TECS database, he or she must receive training in TECS Security and Privacy Awareness. Only after passing this training will an agent be issued a password and be permitted to access the database. Each agent who accesses the TECS database has a unique password, such that his or her use of the database may be tracked and monitored.

2.  Defendant Benjamin Robinson was sworn as a Special Agent for the Department of Commerce, Office of Export Enforcement, Bureau of Industry and Security, on March 31, 1997.

3.  In approximately November 2002, the defendant began a romantic relationship with a person identified in this indictment by her initials, S.S. The relationship lasted approximately seven months, and ended acrimoniously. During the course of the relationship, and after S.S. tried to end it, the defendant made numerous threats against S.S. He threatened to have her deported and also threatened to kill her and her family.

4.  On an unknown date between November 2002 to June 2003, defendant left the following message on S.S.'s home answering machine:

> You crazy son of a bitch. Did you know what you [expletive] did?
> You just threatened me, and I – and then you threatened me.
> We'll, I'll tell you, what [S], tomorrow you will see me at your
> house. You hear me? You will see me at your damn house, you
> crazy son of a bitch. You don't know what you just started. I'll
> bring you down to your knees. You don't know who you're
> messing with. Okay? You just brought out the other side of me.
> Yes, I will be at your house. Yes, I will tell your husband, and I
> implore you, have the police there. We'll make it very ugly.

5.  On an unknown date between November 2002 and June 2003, defendant left the following message on S.S.'s home answering machine:

> Oh, one more thing too just so you know, I'm already off to check
> the A file and make sure, because you said something about your
> age, you lied about it. So if there's anything that you lied about,
> you may be in trouble with that. You may, I don't know what

INDICTMENT
-2-

> they'll, deportation [sic] or not, but I told you. I work with the government, so don't think that I don't know what I'm talking about, all right, because you want to put those on that road. So if you want to play the game, get ready to play the game. All right, so I'll talk you later. Bye.

6. Beginning in approximately May 2003 and continuing through March 2004, defendant accessed the TECS database for information pertaining to the travel of S.S. in and out of the United States. Defendant also accessed similar information for S.S.'s husband and her minor son. The defendant accessed the TECS database for information pertaining to S.S. and her family at least 163 times, including several instances in which the defendant made multiple inquiries regarding S.S. and her family on the same day.

7. California Penal Code Section 646.9 (Stalking) reads as follows:

> Any person who willfully, maliciously, and repeatedly follows or willfully and maliciously harasses another person and who makes a credible threat with the intent to place that person in reasonable fear for his or her safety or the safety of his or her immediately family is guilty of the crime of stalking.

COUNT ONE: (18 U.S.C. §1001 - False Statement to Government Agency)

8. The factual allegations contained in Paragraphs One through Six are realleged and incorporated as if fully set forth here.

9. On or about June 1, 2004, in the Northern District of California, in a matter within the jurisdiction of the United States Department of Commerce, the defendant,

BENJAMIN ROBINSON,

did knowingly and willfully make a materially false, fraudulent, and fictitious statement and representation to agents of the Department of Commerce, Office of Export Enforcement, to wit: he stated that he had accessed the TECS database to track the travel patterns of S.S. approximately ten to fifteen times when in fact, as the defendant well knew, he had accessed the TECS database regarding S.S. and her family at least 163 times between May 1, 2003 and March 22, 2004;

All in violation of Title 18, United States Code, Section 1001.

//

//

**INDICTMENT**

-3-

COUNT TWO:  (18 U.S.C. § 1030(a)(2)(B) and (c)(2)(B)(ii) – Unlawfully Obtaining Information from a Protected Computer)

10   The allegations contained in Paragraphs One through Seven are realleged and incorporated as if fully set forth here.

11   On or about May 1, 2003, in the Northern District of California, the defendant,

BENJAMIN ROBINSON,

did intentionally exceed authorized access to the TECS database in order to obtain information regarding S.S. and her family, in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(ii).

Dated: 9/19/07

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA Susan Knight

INDICTMENT
-4-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

**FILED** 2007 SEP 19 P 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

### OFFENSE CHARGED
Title 18, U.S.C. § 1001 - False Statement to Government Agency
Title 18, U.S.C. §§ 1030(a)(2)(B) and (c)(2)(B)(ii) - Unlawfully Obtain. Info. from Protected Comp

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

### PENALTY:
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

### DEFENDANT - U.S.
BENJAMIN ROBINSON

**DISTRICT COURT NUMBER**
CR 07 00596 JF

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

Dept of Commerce

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **SUSAN KNIGHT**

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: ____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: October 11, 2007 at 9:30am
Before Judge: Seeborg

Comments: