**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, October 24, 2007
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. BENJAMIN ROBINSON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Benjamin Robinson |
| Attorneys Present: Susan Knight | Attorneys Present: Dean Johnson |

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Continued to 11/14/07 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated. The victim shall be referred to as S.S. only