# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, November 14, 2007
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. BENJAMIN ROBINSON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Benjamin Robinson |
| **Attorneys Present:** Susan Knight | **Attorneys Present:** Dean Johnson |

---

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Case is set for motion hearing and further status review on 12/19/07 at 9:00 a.m. Time is excluded for the reasons stated.