**Dean E. Johnson  [CSBN 114065]**
**600 Allerton Street, Suite 202**
**Redwood City, CA  94063**
**Phone:  (650) 216-7155**
**Fax:  (650) 216-7355**

Attorney for Defendant
BENJAMIN ROBINSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00596 JF |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER** |
| v. ) | |
| ) | Date:  December 19, 2007 |
| BENJAMIN ROBINSON, ) | Time:  9:00 AM |
| Defendant. ) | |
| ) | |
| ) | |

The Court having read and considered Defendant's Motion For Discovery Of Grand Jury Transcripts, and the related filings submitted by the parties herein, and having heard the arguments of counsel and having considered the other pertinent documents and records in the above-entitled case, and good cause appearing,

**IT IS HEREBY ORDERED** that plaintiff shall forthwith produce to defendant the transcribed testimony of each witness who testified before the grand jury concerning the events alleged in the indictment herein, along with grand jury transcripts containing any statements made by the Assistant United States Attorney(s) and case agent(s) appearing before the grand jury, including but not limited to comments regarding exculpatory evidence or the lack thereof.

Dated:  December____, 2007

                                                                                                                                                                  _____

                                                                                                                                                                  Hon. Jeremy Fogel
                                                                                                                                                                  United States District Judge

-2-