UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 19, 2007
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    UNITED STATES OF AMERICA V. BENJAMIN ROBINSON

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Benjamin Robinson |
| Attorneys Present: Susan Knight | Attorneys Present: Dean Johnson |

PROCEEDINGS:

Hearing on Motion for Discovery of Grand Jury Transcripts held. Counsel and defendant are present. The Court advises the motion shall be referred to Magistrate Judge Seeborg for in camera review. Continued to 1/23/08 at 9:00 a.m. for further hearing on motion and further status review. 35 days are excluded for the reasons stated.