**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, January 23, 2008
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | UNITED STATES OF AMERICA V. BENJAMIN ROBINSON | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | United States | Benjamin Robinson |
| | **Attorneys Present:** Susan Knight | **Attorneys Present:** Dean Johnson |

---

PROCEEDINGS:

    Further status review and Court's ruling on Motion for Discovery of Grand Jury Transcripts held. Counsel and defendant are present. The Court advises Judge Seeborg has reviewed the transcripts and states its findings. The Court denies the motion without prejudice. Continued to 2/20/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.