1
2
3                    UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8   UNITED STATES OF AMERICA,           Case Number CR-07-00596-JF
            Plaintiff,
9   V.                                  Status Hearing

10  BENJAMIN ROBINSON,                  February 27, 2008
            Defendant.
11                                      CLERK'S NOTICE
    _____
12
13  To all Parties and Attorneys of Record:
14  The Status hearing set on February 20, 2008 is continued to February 27, 2008
15  at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3
16  on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  February 15, 2008                    For the Court
                                         Richard W. Wieking, Clerk
19
20                                       By:___/s/_____
                                         Diana Munz
21                                       Courtroom Deputy Clerk
22
23
24
25
26
27
28