UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, February 27, 2008
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. BENJAMIN ROBINSON | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | United States | Benjamin Robinson |
| | Attorneys Present: Susan Knight | Attorneys Present: Dean Johnson |

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 4/16/08 at 9:00 a.m. for further status review. 49 days are excluded for the reasons stated.