**Dean E. Johnson  [CSBN 114065]**
**600 Allerton Street, Suite 202**
**Redwood City, CA  94063**
**Phone:  (650) 216-7155**
**Fax:  (650) 216-7355**
Attorney for Defendant
BENJAMIN ROBINSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN ROBINSON, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-07-00596 JF <br><br> **NOTICE OF MOTION AND MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Date:  March 18, 2008 <br> Time: |

**TO:   SCOTT N. SCHOOLS, UNITED STATES ATTORNEY, AND SUSAN KNIGHT, ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that on the above noted date, Defendant Benjamin Robinson, through counsel, will request that the Court enter an order amending Mr. Robinson's conditions of release so as to allow him to travel outside the Northern District of California and to the State of Alabama for the purpose of arranging for his mother's burial and attending her funeral.

This motion is based upon this notice of motion, the attached memorandum of points and authorities and declaration of counsel, and all other matters and information that may come to the Court's attention at the hearing on this motion.

Dated:  March 18, 2008

/S/_____
Dean E. Johnson
Attorney for Defendant

-1-

## **MEMORANDUM OF POINTS AND AUTHORITIES**
### **FACTUAL AND PROCEDURAL BACKGROUND**
### **STATEMENT OF FACTS**

Mr. Robinson is currently on pretrial release. Mr. Robinson's mother passed away on the weekend of March 15-16, 2008. She is to be buried in Alabama. One of the standard conditions of release to which Mr. Robinson is subject provides that he "shall not travel outside the Northern District of California."

Mr. Robinson seeks, by this motion, an amendment of his conditions of pretrial release to allow him to transport his mother's body to her home state of Alabama, to make arrangements for her funeral and to attend the funeral.

The Assistant United States Attorney assigned to this case has no objection to the requested amendment, or to its presentation *ex parte*. Pretrial services likewise has no objection to the requested amendment.

### **PROCEDURAL HISTORY**

Mr. Robinson was charged with two felony counts by indictment filed September 19, 2007. He was arraigned on October 11, 2007 and given pretrial release on a $25,000.00 signature bond. He has made all required court appearances since.

### **AUTHORITY / ANALYSIS**

The judicial officer who issues an order establishing conditions of pretrial release may "at any time amend the order to impose additional or different conditions." 18 USC section 3142, subdivision (3). In the present case, Mr. Robinson seeks an amendment allowing him to travel outside the Northern District of California as may be reasonably necessary to transport his mother's body, arrange for her funeral and attend the funeral.

# CONCLUSION

For the reasons stated, defendant's motion should be **GRANTED**.

Dated: March 18, 2008

Respectfully submitted,

/S/_____

Dean E. Johnson
Attorney for Defendant