**Dean E. Johnson [CSBN 114065]**
**600 Allerton Street, Suite 202**
**Redwood City, CA 94063**
**Phone: (650) 216-7155**
**Fax: (650) 216-7355**

Attorney for Defendant
BENJAMIN ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                 ) | No. CR-07-00596 JF |
|         Plaintiff,                        ) | |
|                                           ) | **DECLARATION OF COUNSEL IN SUPPORT OF** |
|     v.                                    ) | **MOTION TO AMEND CONDITIONS OF** |
|                                           ) | **RELEASE** |
| BENJAMIN ROBINSON,                        ) | |
|         Defendant.                        ) | Date: March 18, 2008 |
|                                           ) | Time: |
|                                           ) | |

I, Dean E. Johnson, declare:

1) I am an attorney duly admitted to practice before this Court. I represent Defendant Benjamin Robinson in this action.

2) On March 17, 2008, I received an electronic mail message from Mr. Robinson.

3) In that message, Mr. Robinson stated that his mother had passed away over the weekend.

4) Mr. Robinson further stated that he needed to fly his mother's body back to Alabama so that she could be buried next to her parents.

5) Mr. Robinson requested that I contact the Assistant United States Attorney to ask her whether it would be "okay" for him to leave the Bay Area in order to bury his mother.

6) After receiving Mr. Robinson's message, I left a voice mail message for the United States attorney assigned to this case, Susan Knight.

7) Ms. Knight promptly returned my telephone call, and I spoke with her directly. In that conversation, Ms. Knight stated that she had no objection to an amendment to Mr. Robinson's conditions of release to allow him to go to the State of Alabama in order to attend to his mother's burial.

8) Ms. Knight also indicated that she would have no objection to my presenting the motion to the court without need of a court hearing.

9) After contacting Ms. Knight, I contacted Pretrial Services. I explained the need for an amendment of Mr. Robinson's conditions of release to Laura Weigel, who is a Pretrial Service Officer in the San Jose Branch of the Northern District of California.

10) Shortly thereafter, I received a voice mail message from a person who identified himself as Tim Elder. Mr. Elder said that he was the Pretrial Services Officer who had been assigned to Mr. Robinson's case. Mr. Elder said that he had no objection to the requested amendment.

11) Mr. Robinson was placed on pretrial release on a $25,000.00 signature bond at his arraignment on October 11, 2007. He has made all required court appearances.

12) Mr. Robinson has indicated that he expects to be outside the Northern District of California attending to his mother's burial from approximately Wednesday, March 26, 2008 to Sunday, March 30, 2008, inclusive. Mr. Robinson intends to return to the Northern District of California immediately after his mother's funeral, which is tentatively scheduled for Saturday, March 29, 2008.

13) However, in anticipation of the delays that often attend such trips, I have asked the court to allow Mr. Robinson to travel outside the Northern District of California as may be "reasonably necessary" to attend to his mother's burial.

14) This is Mr. Robinson's first request for amendment of his conditions of release.

15) The next court appearance in the matter is scheduled for April 16, 2008 at 9:00 AM, for status conference.

16) Based on the foregoing, Mr. Robinson respectfully requests that the court enter an order amending his conditions of release so that he may travel outside the Northern District of California as may be reasonably necessary to make arrangements for the burial of his mother.

17) A proposed order accompanies this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on March 18, 2008 at Redwood City, CA.

                                                                                                                     _____
                                                                                                                      Dean E. Johnson

17) A proposed order accompanies this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters, I believe them to be true.

Executed on March 18, 2008 at Redwood City, CA.

_____
Dean E. Johnson