Dean E. Johnson [CSBN 114065]
600 Allerton Street, Suite 202
Redwood City, CA 94063
Phone: (650) 216-7155
Fax: (650) 216-7355

Attorney for Defendant
BENJAMIN ROBINSON

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00596 JF |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER |
| v. ) | |
| ) | ~~Date: December 19, 2007~~ |
| BENJAMIN ROBINSON, ) | ~~Time: 9:00 AM~~ |
| Defendant. ) | |

The Court having read and considered Defendant's Motion For Amendment of Conditions of Pretrial Release, and the related filings submitted by the parties herein, and having considered the other pertinent documents and records in the above-entitled case, and good cause appearing,

**IT IS HEREBY ORDERED** defendant's conditions of pretrial release be, and hereby are amended as follows:

> Not withstanding any other condition of pretrial release, defendant shall be permitted to travel outside the Northern District of California, and to the State of Alabama, as may be reasonably necessary for him to attend to the burial of his mother.

Dated: March 18, 2008

Hon. Richard Seeborg
United States District Magistrate

-1-