**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, May 14, 2008
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. BENJAMIN ROBINSON

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Benjamin Robinson |
| Attorneys Present: Susan Knight | Attorneys Present: Dean Johnson |

---

PROCEEDINGS:

Further status review hearing held. Counsel are present. Defendant's appearance is waived. Continued to 7/9/08 at 9:00 a.m. for further status review. 56 days are excluded for the reasons stated.