## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, July 9, 2008
**Case Number:** CR-07-00596-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. BENJAMIN ROBINSON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Benjamin Robinson |
| Attorneys Present: Susan Knight | Attorneys Present: Dean Johnson |

---

PROCEEDINGS:
   Further status review hearing held. Counsel and defendant are present. Continued to 8/13/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.