JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00596 JF |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| BENJAMIN ROBINSON, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

   The undersigned parties respectfully request that the status hearing scheduled for August 13, 2008 at be continued to October 8, 2008. The reasons for the continuance is that defense counsel Dean Johnson recently requested additional discovery from the government, including <u>Giglio</u> information regarding a Department of Commerce agent, and the government needs time to investigate the allegations and provide other requested documents. Therefore, the parties are requesting a continuance to October 8, 2008. In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act from August 13, 2008 to October 8, 2008 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate based on the

1   defendant's need for effective preparation of counsel.

2   SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
3

4   DATED: 8/12/08                          _____/s/_____
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6
    DATED: 8/12/08                          _____/s/_____
7                                           DEAN E. JOHNSON
                                            Counsel for Mr. Robinson
8

9       Accordingly, the Court HEREBY ORDERS that the status hearing is continued to October

10  8, 2008 at 9:00 a.m.

11      For good cause shown, the Court FURTHER ORDERS that time be excluded under the

12  Speedy Trial Act from 13, 2008 to October 8, 2008.  The Court finds, based on the

13  aforementioned reasons, that the ends of justice served by granting the requested continuance

14  outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

15  the requested continuance would deny defense counsel reasonable time necessary for effective

16  preparation, taking into account the exercise of due diligence, and would result in a miscarriage

17  of justice.  The Court therefore concludes that this exclusion of time should be made under 18

18  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19  SO ORDERED.

20

21  DATED: __8/12/08_____                  _____
                                            JEREMY FOGEL
22                                          United States District Judge

23

24

25

26

27

28