1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5

6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov

8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. CR 07-00596
                                     )
14         Plaintiff,                )
                                     )    STIPULATION AND [PROPOSED]
15         v.                        )    ORDER CONTINUING STATUS
                                     )    HEARING AND EXCLUDING TIME
16  BENJAMIN ROBINSON,               )    UNDER THE SPEEDY TRIAL ACT
                                     )
17         Defendant.                )
                                     )
18                                   )    SAN JOSE VENUE
    _____)
19

20

21       The undersigned parties respectfully jointly request that the status hearing scheduled for

22  October 8, 2008 be continued to November 12, 2008.  The reason for the continuance is that

23  government counsel needs additional time to investigate and respond to counsel Dean Johnson's

24  discovery request for Giglio information pertaining to a Department of Commerce agent whose

25  testimony is crucial regarding the false statements charge against the defendant.  Therefore, the

26  parties are requesting a continuance to November 12, 2008.  In addition, the parties agree and

27  stipulate that a waiver of time under the Speedy Trial Act from October 8, 2008 to November 12,

28  2008 is appropriate.  The parties agree and stipulate that an exclusion of time is appropriate

STIPULATION AND [PROPOSED] ORDER
NO. CR 08-00596 JF                      1

1  based on the defendant's need for effective preparation of counsel.

2  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3

4  DATED: 10/6/08                          _____/s/_____
                                           SUSAN KNIGHT
5                                          Assistant United States Attorney

6
   DATED: 10/6/08                          _____/s/_____
7                                          DEAN E. JOHNSON
                                           Counsel for Mr. Robinson
8

9      Accordingly, the Court HEREBY ORDERS that the status hearing is continued to November

10 12, 2008 at 9:00 a.m.

11     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

12 Speedy Trial Act from October 8, 2008 to November 12, 2008.  The Court finds, based on the

13 aforementioned reasons, that the ends of justice served by granting the requested continuance

14 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

15 the requested continuance would deny defense counsel reasonable time necessary for effective

16 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

17 of justice.  The Court therefore concludes that this exclusion of time should be made under 18

18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19 SO ORDERED.

20

21 DATED:__10/7/08_____                   _____
                                           JEREMY FOGEL
22                                         United States District Judge

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. CR 08-00596 JF                         2