1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,    )   No. CR 07-00596 JF
                                  )
14 |      Plaintiff,               )
                                  )   STIPULATION AND [PROPOSED]
15 |      v.                       )   ORDER CONTINUING STATUS
                                  )   HEARING AND EXCLUDING TIME
16 | BENJAMIN ROBINSON,            )   UNDER THE SPEEDY TRIAL ACT
                                  )
17 |      Defendant.               )
                                  )
18                                )   SAN JOSE VENUE
                                  )
19

20

21     The undersigned parties respectfully request that the status hearing scheduled for February

22 25, 2009 be continued to March 18, 2009.  The reason for the continuance is that defense counsel

23 Dean Johnson requested Giglio information regarding a Department of Commerce agent who is a

24 witness in the case.  The government recently received such information from the Department of

25 Commerce, and is evaluating it to determine whether or not it is appropriate for disclosure.

26 Therefore, the parties are requesting a continuance to March 18, 2009.  In addition, the parties

27 agree and stipulate that a waiver of time under the Speedy Trial Act from February 25, 2009 to

28 March 18, 2009 is appropriate.  The parties agree and stipulate that an exclusion of time is

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00596 JF                         1

1 | appropriate based on the defendant's need for effective preparation of counsel.
2 | SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                      United States Attorney

4 | DATED: 2/23/09                                    _____/s/_____
                                                      SUSAN KNIGHT
5 |                                                   Assistant United States Attorney

6 |
7 | DATED: 2/23/09                                    _____/s/_____
                                                      DEAN E. JOHNSON
                                                      Counsel for Mr. Robinson
8 |

9 |     Accordingly, the Court HEREBY ORDERS that the status hearing is continued to March 18,
10 | 2009 at 9:00 a.m.
11 |     For good cause shown, the Court FURTHER ORDERS that time be excluded under the
12 | Speedy Trial Act from February 25, 2009 to March 18, 2009.  The Court finds, based on the
13 | aforementioned reasons, that the ends of justice served by granting the requested continuance
14 | outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
15 | the requested continuance would deny defense counsel reasonable time necessary for effective
16 | preparation, taking into account the exercise of due diligence, and would result in a miscarriage
17 | of justice.  The Court therefore concludes that this exclusion of time should be made under 18
18 | U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
19 | SO ORDERED.

21 | DATED: 2/24/09                                    _____
22 |                                                   JEREMY FOGEL
                                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00596 JF                      2