**\*\*E-Filed 3/31/09\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:07 CR 0596 JF (RS) |
| Plaintiff, | |
| | ORDER UPON IN CAMERA INSPECTION |
| v. | |
| BENJAMIN ROBINSON, | |
| Defendant. | |

At the request of the presiding judge in this action, the Court has undertaken a review of materials submitted in camera from the personnel file of Department of Commerce Special Agent John Wanat. Having now completed the review, this Court finds that there is no basis to require the production of such material to the defendant.

**IT IS SO ORDERED.**

DATED: March 31, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
Case No. 5:07 CR 0596